**No. 11-5711. Jose Luis Buenrostro, aka Jose Luis Buen Rostro, Petitioner v. United States.**

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7096, ▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 720.

**No. 11-5712. Weldon H. Angelos, Petitioner v. United States.**

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7042.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 417 Fed. Appx. 786.

**No. 11-5713. Shelby Bolden, Petitioner v. United States.**

565 U.S. 919, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7113.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 344.

**No. 11-5716. Earthley Taylor, Petitioner v. Sheltered Workshop for the Disabled, Inc., et al.**

565 U.S. 920, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 6901.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 413 Fed. Appx. 367.

**No. 11-5720. Justin Smith, Petitioner v. United States.**

565 U.S. 920, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 6815.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 686.

**No. 11-5722. Edward Harvey Stokes, Petitioner v. Oregon.**

565 U.S. 920, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 6998.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Oregon denied.

Same case below, 350 Or. 44, 248 P.3d 953.

**No. 11-5723. Louis Stillis, Petitioner v. United States.**

565 U.S. 920, 132 S. Ct. 343, 181 L. Ed. 2d 215, 2011 U.S. LEXIS 7109.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 437 Fed. Appx. 78.